## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-12378-MDC

DIANE C SIMMONS

1206 S. 21ST STREET

PHILADELPHIA, PA 19146

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DIANE C SIMMONS

    1206 S. 21ST STREET

    PHILADELPHIA, PA 19146

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 7/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee