Certificate Number: 05781-PAE-DE-035982417

Bankruptcy Case Number: 18-12378



05781-PAE-DE-035982417

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2021, at 3:42 o'clock PM PDT, Diane Simmons completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 10, 2021            By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President