**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DIANE C. SIMMONS | : | |
| DEBTOR | : | BANKRUPTCY NO. 18-12378-MDC |

---

# WITHDRAWAL & ENTRY OF APPEARANCE

TO THE CLERK:

Kindly substitute the appearance of Entering Counsel, Ronald G. McNeil, Esquire, for that of Withdrawing Counsel, Christian A. DiCicco, Esquire, as Counsel for Debtor.

Dated: December 13, 2021

WITHDRAWING COUNSEL

/s/ Christian A. DiCicco, Esq.
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
cdicicco@myphillybankruptcylawyer.com

Dated: December 13, 2021

ENTERING COUNSEL

/s/ Ronald G. McNeil, Esq.
Ronald G. McNeil, Esquire
McNeil Legal Services
1333 Race Street
Philadelphia PA 19107
(215) 564-3999
r.mcneil@verizon.net