**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CASE NO.: 18-12378-mdc** |
| | **CHAPTER 13** |
| **Diane C. Simmons,** | |
| **Debtor.** | |
| _____/ | |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 14, 2022, I electronically filed the Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: U.S. Bank Trust National Association as Trustee (Claim No. 7) To U.S. Bank Trust National Association, Docket 80, with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

DIANE C. SIMMONS
1206 S. 21ST STREET
PHILADELPHIA, PA 19146

And via electronic mail to:

MCNEIL LEGAL SERVICES
1333 RACE STREET
PHILADELPHIA, PA 19107-1585

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 300
PHILADELPHIA, PA 19107

By: /s/ Trintney Whitsel