United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Diane C. Simmons  
    Debtor

Case No. 18-12378-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 10, 2023      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane C. Simmons, 1206 S. 21st Street, Philadelphia, PA 19146-4322 |
| 14088348 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Mana, 1130 Northchase Pkwy, St, Marietta, GA 30067 |
| 14088352 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14088357 | + | Think Cash First Bk of Delaware, Attn: Customer Support, Po Box 37727, Philadelphia, PA 19101 |
| 14088358 | + | Tworkers Fcu, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14088337 | + | Email/Text: bankruptcynotices@aarons.com | Feb 11 2023 00:25:00 | Aarons Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw, GA 30156-9239 |
| 14088338 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2023 00:25:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14204441 | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14088342 | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, Law Dept. Tax Unit, One Parkway Bldg. - Bankruptcy Group, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14088339 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2023 00:25:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14115803 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2023 00:25:40 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14088340 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2023 00:25:47 | Cbusasears, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14088341 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2023 00:25:47 | Citimortgage, Citimortgage Corp, 1000 Technology Dr, O'Fallen, MO 63368-2240 |
| 14088343 | + | Email/Text: convergent@ebn.phinsolutions.com | Feb 11 2023 00:25:00 | Convergent Outsourcing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 14088344 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 11 2023 00:25:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite |

Case 18-12378-mdc   Doc 85   Filed 02/12/23   Entered 02/13/23 00:31:16   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

| ID | Delivery | Date/Time | Recipient |
|---|---|---|---|
| | | | 3000, Southfield, MI 48034-8331 |
| 14121743 | + Email/PDF: ebn_ais@aisinfo.com | Feb 11 2023 00:25:34 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14088345 | + Email/Text: bankruptcynotices@dcicollect.com | Feb 11 2023 00:25:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., Po Box 551268, Jacksonville, FL 32255-1268 |
| 14088346 | Email/Text: ECF@fayservicing.com | Feb 11 2023 00:25:00 | Fay Servicing LLC, P O Box 814609, Dallas TX 75381-4609 |
| 14088347 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 11 2023 00:25:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14088349 | + Email/Text: Bankruptcy@ICSystem.com | Feb 11 2023 00:25:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14088350 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2023 00:25:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14088351 | + Email/Text: bankruptcygroup@peco-energy.com | Feb 11 2023 00:25:00 | PECO, 2301 Market Street, N3-1, Philadelphia, PA 19103-1380 |
| 14088353 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:25:46 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14111177 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2023 00:25:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14088931 | + Email/PDF: rmscedi@recoverycorp.com | Feb 11 2023 00:25:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14088354 | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 11 2023 00:25:39 | Sprint, PO Box 629023, El Dorado Hills, CA 95762 |
| 14088355 | + Email/PDF: gecsedi@recoverycorp.com | Feb 11 2023 00:25:34 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14088356 | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 11 2023 00:25:39 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015 |
| 14728321 | + Email/Text: bkteam@selenefinance.com | Feb 11 2023 00:25:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14545127 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 11 2023 00:25:00 | U.S. Bank Trust National Association as Trustee f, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14123643 | + Email/PDF: ebn_ais@aisinfo.com | Feb 11 2023 00:25:40 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14121167 | + Email/Text: ECF@fayservicing.com | Feb 11 2023 00:25:00 | Wilmington Savings Fund Society, FSB, C/O Fay Servicing LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006-3357 |
| 14467308 | ^ MEBN | Feb 11 2023 00:20:45 | Wilmington Savings Fund Society, FSB, d/b/a Christ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 138OBJ | Total Noticed: 35 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| RONALD G. MCNEIL | on behalf of Debtor Diane C. Simmons r.mcneil1@verizon.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Diane C. Simmons
        Debtor(s)

Case No: 18−12378−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/10/23

84 − 83
Form 138OBJ