**Fill in this information to identify the case:**

Debtor 1  Diane C. Simmons

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 18-12378-mdc

# Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR HILLDALE TRUST

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 3103

**Date of payment change:** 3/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $663.42
Principal, interest, and escrow, if any

### Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $179.05        **New escrow payment:** $180.80

### Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                **New interest rate:**

   **Current principal and interest payment:**    **New principal and interest payment:**

### Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**            **New mortgage payment:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Diane C. Simmons</u> | Case number *(if known)* | <u>18-12378-mdc</u> |
| | Print Name   Middle Name   Last Name | | |

| Part 4: | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/   Sindi Mncina</u>     Date  <u>1/30/2020</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>Sindi Mncina</u> | Title | <u>Authorized Agent for Creditor</u> |
| | First Name   Middle Name   Last Name | | |
| Company | <u>RAS Crane, LLC</u> | | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u> | | |
| | Number   Street | | |
| | <u>Duluth  GA 30097</u> | | |
| | City                                   State    ZIP Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>smncina@rascrane.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2020,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTIAN A. DICICCO
Law Offices of Christian A. DiCicco
2008 Chestnut Street
Philadelphia, PA 19103

Diane C. Simmons
1206 S. 21st Street
Philadelphia, PA 19146

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/ Kimberly Meador
        Kimberly Meador
        Email: kmeador@rascrane.com

**Representation Of Printed Document**



PO Box 619063
Dallas, TX 75261-9063

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

| | |
|---|---|
| Loan Number: | |
| Analysis Date: | 12/24/2019 |
| Customer Service | 1-800-495-7166 |
| Monday-Thursday | 8:00 a.m. to 9:00 p.m. CT |
| Friday | 8:30 a.m. to 5:00 p.m. CT |
| Saturday | 10:00 a.m. to 4:00 p.m. CT |

DIANE SIMMONS
1206 S 21ST ST
PHILADELPHIA PA  19146-4322

| | PRESENT PAYMENT | NEW PAYMENT effective 03/01/2020 |
|---|---|---|
| Principal & Interest | $482.62 | $482.62 |
| Escrow Payment | $193.55 | $180.80 |
| Escrow Shortage | $0.00 | $0.00 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| **Total** | **$676.17** | **$663.42** |

---

**ESCROW ANALYSIS STATEMENT**

At least once every 12 months Fay Servicing, LLC analyzes your escrow account, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account analysis below is an estimate of the activity that will occur in your escrow account over the next 12 months. The analysis will show if you currently have a shortage or overage in your account. This amount will be accounted for in your new monthly escrow payment unless there is an overage amount over $50. In this case, the full amount of the overage will be refunded to you.

**UNDERSTANDING YOUR MONTHLY ESCROW PAYMENT AMOUNT**

**1. Projected Monthly Escrow Payment**

The section titled "Projected Escrow Activity for the Next 12 Months" is a schedule that represents all anticipated payments to and from escrow for the coming year. First, we take the total of all Projected Payments from Escrow (a) and divide it equally over 12 months to determine your Projected Monthly Escrow Payment: $2,169.63 / 12 months = $180.80.

**2. Escrow Surplus/Shortage**

The minimum escrow balance required in your account is known as the Required Low Point. This is noted as (b) under "Projected Escrow Activity for the Next 12 Months". The Required Low Point is set in accordance with your mortgage contract, state law or federal law. Mortgage Insurance, if any, is not included in the Required Low Point calculation. Next, we compare the Projected Low Point (c) to the Required Low Point (b) to determine the overage/surplus:
You have a surplus of $3,183.58 because the Projected Low Point (c) of $1,107.41 plus the escrow adjustment* is more than the Required Low Point of $361.60.
*An Escrow Adjustment of $2,437.77, scheduled to be repaid through the bankruptcy, is included in this calculation.
If the surplus is less than $50.00, it will be spread to the low point "the minimum escrow balance required", which could be spread equally up to 12 months and automatically reduce your monthly payment accordingly. Otherwise, if your loan is contractually current, we will send you a check for the surplus amount.

**3. New Monthly Escrow Payment**

| | |
|---|---|
| Principal & Interest | $482.62 |
| Escrow Payment | $180.80 |
| Escrow Shortage | $0.00 |
| Optional Insurance | $0.00 |
| Other | $0.00 |
| **Total** | **$663.42** |
| Effective Date | 03/01/2020 |

**PROJECTED ESCROW ACTIVITY FOR THE NEXT 12 MONTHS**

| MONTH | PAYMENTS TO ESCROW | PAYMENTS FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | 1,107.44 | 361.63 |
| Mar-20 | 180.80 | .00 | | 1,288.24 | 542.43 |
| Apr-20 | 180.80 | .00 | | 1,469.04 | 723.23 |
| May-20 | 180.80 | .00 | | 1,649.84 | 904.03 |
| Jun-20 | 180.80 | .00 | | 1,830.64 | 1,084.83 |
| Jul-20 | 180.80 | .00 | | 2,011.44 | 1,265.63 |
| Aug-20 | 180.80 | .00 | | 2,192.24 | 1,446.43 |
| Sep-20 | 180.80 | .00 | | 2,373.04 | 1,627.23 |
| Oct-20 | 180.80 | 1,255.00 | HOMEOWNERS I | 1,298.84 | 553.03 |
| Nov-20 | 180.80 | .00 | | 1,479.64 | 733.83 |
| Dec-20 | 180.80 | .00 | | 1,660.44 | 914.63 |
| Jan-21 | 180.80 | .00 | | 1,841.24 | 1,095.43 |
| Feb-21 | 180.80 | 914.63 | CITY / TOWN | (c) 1,107.41 | (b) 361.60 |
| **TOTAL** | **$2,169.60** | **(a) $2,169.63** | | | |

**IMPORTANT MESSAGES**

ACH Debit Borrowers:  You have previously authorized Fay Servicing, LLC, to automatically debit your bank account each month for the amount of your monthly payment of principal, interest, and escrow (if applicable).  Please note the amount of your next ACH debit will be changed (increase/decrease) to reflect the amount of your new monthly payment as reflected herein.  Fay Servicing, LLC, is authorized to debit your bank account each month until you provide written or oral notice to stop.  Termination request must be received by Fay Servicing, LLC, at least three (3) business days prior to your next scheduled debit.

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are Monday-Thursday 8 A.M. -  9 P.M.  Friday 8:30 A.M. -  5 P.M., and Saturday 10 A.M. - 4 P.M. CST.  Call today:  1-800-495-7166.  NMLS ID#       NC residents: Fay Servicing, LLC, NC Permit Number      425 S. Financial Pl., Suite 2000, Chicago, IL 60605-6011.

**Check will be sent separately.**

**Internet Reprint**

# ESCROW ACCOUNT DISCLOSURE STATEMENT

Loan Number: ▓▓▓▓  ACCOUNT HISTORY  Date: 12/24/2019

This is a statement of actual activity in your escrow account from 04/01/2019 through 02/29/2020. This section provides last year's projections and compares it with actual activity.

An asterisk (*) indicates a difference from a previous estimate either in the date or amount and may be caused by any of the following:
- The actual amount of insurance or taxes paid since your last Escrow Analysis Statement was higher or lower than anticipated
- Additional funds were applied to your escrow account
- The time elapsed between payments to escrow and disbursement from escrow was shorter or longer than anticipated on your last Escrow Analysis Statement.

| MONTH | PAYMENTS PROJECTED | PAYMENTS ACTUAL | | DISBURSEMENTS PROJECTED | DISBURSEMENTS ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 537.18 | -2,355.03 |
| 04/19 | 179.05 | 429.90 | | | | | | 716.23 | -1,925.13 |
| 05/19 | 179.05 | 573.20 | | | | | | 895.28 | -1,351.93 |
| 06/19 | 179.05 | | | | | | | 1,074.33 | -1,351.93 |
| 07/19 | 179.05 | 143.30 | | | | | | 1,253.38 | -1,208.63 |
| 08/19 | 179.05 | 387.10 | | | | | | 1,432.43 | -821.53 |
| 09/19 | 179.05 | * | | | 1,255.00 | | HOMEOWNERS I | 1,611.48 | -2,076.53 < |
| 10/19 | 179.05 | 387.10 * | | 1,234.00 | | | HOMEOWNERS I | 556.53 | -1,689.43 |
| 11/19 | 179.05 | 193.55 | | | | | | 735.58 | -1,495.88 |
| 12/19 | 179.05 | 3,159.85 | E | | | E | | 914.63 | 1,663.97 |
| 01/20 | 179.05 | 179.05 | E | | | E | | 1,093.68 | 1,843.02 |
| 02/20 | 179.05 | 179.05 | E | 914.63 | 914.63 | E | CITY / TOWN | 358.10 < | 1,107.44 |
| TOTAL | **$2,148.60** | **$5,632.10** | | **$2,148.63** | **$2,169.63** | | | | |